IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVIO MANNEL, | No. 4:25-CV-01436 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN J. GREENE, | |
| Respondent. | |

## ORDER

**AND NOW**, this 12th day of August 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Sylvio Mannel's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

2. Mannel's motion to appoint counsel (Doc. 2) is **DISMISSED** as moot in light of paragraph 1 above.

3. Mannel's motion for leave to proceed *in forma pauperis* (Doc. 3) is **DISMISSED** as moot in light of receipt of the full filing fee.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge